IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD L. WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOU STERRETT COUNTY JAIL, et al., ) <br> ) <br> Defendants. ) | <br><br><br><br><br><br><br><br>Civil Action No. 3:18-CV-2823-C-BN |

## **ORDER**

The Court has reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed November 15, 2018. Plaintiff failed to file any objection.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation is hereby **ADOPTED** as the findings and conclusions of the Court.

Pursuant to the provisions of 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(ii), and for the reasons stated in the thorough and well-reasoned Findings, Conclusions, and Recommendation, Plaintiff's claims for lack of medical care are **DISMISSED with prejudice**.

All relief not expressly granted by this Order is **DENIED**.

SO ORDERED this  6th  day of December, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE